UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TINA THOMPSON                                                                                               PLAINTIFF

V.                                          No. 4:23-CV-00724-BBM

MARTIN O'MALLEY[1], Commissioner,
Social Security Administration                                                                      DEFENDANT

## **ORDER**

Plaintiff Tina Thompson filed the above-captioned case, seeking judicial review of the administrative denial of her applications for disability insurance benefits and supplemental security income benefits under Titles II and XVI of the Social Security Act. (Doc. 2). On January 10, 2024, the Defendant filed an Unopposed Motion to Reverse and Remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 14). For good cause shown, the motion will be granted.

Accordingly, the Defendant's Unopposed Motion to Reverse and Remand (Doc. 14) is GRANTED. The decision of the Commissioner is REVERSED, and this matter is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 11th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On December 18, 2023, Martin J. O'Malley was sworn in as Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner O'Malley is automatically substituted as the Defendant.